**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
GEOVANNY PEREZ,

                Plaintiff,                24 **CIVIL** 6584 (GS)

    -v-                                           **<u>JUDGMENT</u>**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 14, 2024, this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
           November 15, 2024

                                                **DANIEL ORTIZ**
                                              **Acting Clerk of Court**

                              **BY:**    *K. Mango*

                                                **Deputy Clerk**